MIGUEL MÁRQUEZ, County Counsel (S.B. #184621)
MARK F. BERNAL, Deputy County Counsel (S.B. #173923)
OFFICE OF THE COUNTY COUNSEL
70 West Hedding, East Wing, 9th Floor
San Jose, California 95110-1770
Telephone: (408) 299-5900
Facsimile: (408) 292-7240

Attorneys for Defendants
COUNTY OF SANTA CLARA, SUSAN WARE, KAREN HEGGIE, DONALD GAGE, LIZ KNISS, MICHAEL ROSSI, FRAN ALLEN, JONATHAN WEINBERG, WILL LIGHTBOURNE, KATHLEEN MILES, IZI CHAN, PATRICIA GEISICK (ALSO SUED ERRONEOUSLY HEREIN AS "SANTA CLARA COUNTY DEPARTMENT OF SOCIAL SERVICES" AND "DEPARTMENT OF FAMILIES AND CHILDREN SERVICES AGENCY")

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA
(San Francisco)

| | |
|---|---|
| MEAGAN BUCKHOLTZ, Personally, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> SANTA CLARA COUNTY, et al. ) <br> ) <br> Defendants. ) <br> _____ ) | No. C09-06037 SI <br><br> **SUPPLEMENTAL CASE MANAGEMENT STATEMENT AND [PROPOSED] ORDER** <br><br> Date:  February 4, 2010 <br> Time:  3:00 p.m. <br> Dept.: Crtrm 10, 19th Floor <br> Judge: Judge Susan Illston |

Pursuant to Civil L.R. 16-10(d), the parties to the above-entitled action certify that they met and conferred at least 10 days prior to the subsequent case management conference scheduled in this case and jointly submit this Supplemental Case Management Statement and Proposed Order and request the Court to adopt it as a Supplemental Case Management Order in this case.

//

MIGUEL MÁRQUEZ
County Counsel
County of Santa Clara
San Jose, California

Supplemental Case Management
Statement and [Proposed] Order    -1-    C09-06037 SI

DESCRIPTION OF SUBSEQUENT CASE DEVELOPMENTS

1. The following progress or changes have occurred since the last case management statement filed by the parties:

At the Initial Case Management Conference the Court instructed the parties to seek a continuance of the Subsequent Case Management Conference should there be any delay in the Santa Clara County Superior Court's release of Plaintiff's Child Dependency records pursuant to Defendants' Welfare & Institutions Code §827 petition. Plaintiff has also filed a §827 petition for the same records. The parties jointly request that the Subsequent Case Management Conference be continued approximately 90 days for the following reasons:

  A. Plaintiff's Child Dependency records are necessary for Defendants to prepare for the deposition of Plaintiff and to then present, and for Plaintiff to oppose, a summary judgment motion;

  B. The parties have learned that the Superior Court is in the process of changing its 827 petition procedures and therefore there was a considerable delay in processing the parties' 827 petitions;

  C. The Superior Court was unable to release the requested records until January 10, 2011;

  D. The parties will require time to review and analyze the released Child Dependency records to prepare for Plaintiff's deposition and then prepare and oppose the summary judgment motion;

  E. The Superior Court released Plaintiff's Child Dependency records without a hearing and without any party providing input on the appropriateness or completeness of the disclosure, therefore it is possible that one or more of the parties may request a hearing in Superior Court to challenge the completeness of the 827 petition ruling. Neither party has had the opportunity to evaluate the disclosed records to determine if a hearing will be requested.

2. The parties jointly request the Court to make the following Supplemental Case Management Order:

MIGUEL MÁRQUEZ
County Counsel
County of Santa Clara
San Jose, California

Supplemental Case Management
Statement and [Proposed] Order    -2-    C09-06037 SI

The subsequent case management conference scheduled for 3:00 pm on February 4, 2011, in Courtroom 10 be continued to 3:00 pm on May 6, 2011, in Courtroom 10.

Dated: January 31, 2011

Respectfully submitted,

MIGUEL MÁRQUEZ
County Counsel

By: _____/S/_____
MARK F. BERNAL
Deputy County Counsel

Attorneys for Defendant
COUNTY OF SANTA CLARA, SUSAN WARE, KAREN HEGGIE, DONALD GAGE, LIZ KNISS, MICHAEL ROSSI, FRAN ALLEN, JONATHAN WEINBERG, WILL LIGHTBOURNE, KATHLEEN MILES, IZI CHAN, PATRICIA GEISICK (ALSO SUED ERRONEOUSLY HEREIN AS "SANTA CLARA COUNTY DEPARTMENT OF SOCIAL SERVICES" AND "DEPARTMENT OF FAMILIES AND CHILDREN SERVICES AGENCY")

Dated: _____

By: _____
MEAGAN BUCKHOLTZ
Plaintiff in Pro Se

[Proposed]
**ORDER**

The subsequent case management conference scheduled for 3:00 pm on February 4, 2011, in Courtroom 10 is continued to 3:00 pm on May 6, 2011, in Courtroom 10.

IT IS SO ORDERED.

Dated: 2/3/11

*/s/ Susan Illston*
Honorable Susan Illston
United States District Court Judge

The subsequent case management conference scheduled for 3:00 pm on February 4, 2011, in Courtroom 10 be continued to 3:00 pm on May 6, 2011, in Courtroom 10.

Dated:  
Respectfully submitted,

MIGUEL MÁRQUEZ  
County Counsel

By: _____  
MARK F. BERNAL  
Deputy County Counsel

Attorneys for Defendant  
COUNTY OF SANTA CLARA, SUSAN WARE, KAREN HEGGIE, DONALD GAGE, LIZ KNISS, MICHAEL ROSSI, FRAN ALLEN, JONATHAN WEINBERG, WILL LIGHTBOURNE, KATHLEEN MILES, IZI CHAN, PATRICIA GEISICK (ALSO SUED ERRONEOUSLY HEREIN AS "SANTA CLARA COUNTY DEPARTMENT OF SOCIAL SERVICES" AND "DEPARTMENT OF FAMILIES AND CHILDREN SERVICES AGENCY")

Dated: 1/31/11

By: *Meagan Marie Buckholtz*  
MEAGAN BUCKHOLTZ  
Plaintiff in Pro Se

[Proposed]  
**ORDER**

The subsequent case management conference scheduled for 3:00 pm on February 4, 2011, in Courtroom 10 is continued to 3:00 pm on May 6, 2011, in Courtroom 10.

IT IS SO ORDERED.

Dated: _____  _____  
Honorable Susan Illston  
United States District Court Judge