| | |
|---|---|
| 1 | MIGUEL MÁRQUEZ, County Counsel (S.B. #184621) |
| | MARK F. BERNAL, Deputy County Counsel (S.B. #173923) |
| 2 | OFFICE OF THE COUNTY COUNSEL |
| | 70 West Hedding, East Wing, 9th Floor |
| 3 | San Jose, California  95110-1770 |
| | Telephone: (408) 299-5900 |
| 4 | Facsimile: (408) 292-7240 |

Attorneys for Defendants
COUNTY OF SANTA CLARA, SUSAN WARE, KAREN HEGGIE, DONALD GAGE, LIZ KNISS, MICHAEL ROSSI, FRAN ALLEN, JONATHAN WEINBERG, WILL LIGHTBOURNE, KATHLEEN MILES, IZI CHAN, PATRICIA GEISICK (ALSO SUED ERRONEOUSLY HEREIN AS "SANTA CLARA COUNTY DEPARTMENT OF SOCIAL SERVICES" AND "DEPARTMENT OF FAMILIES AND CHILDREN SERVICES AGENCY")

*Submitting counsel are directed to serve this order upon all other non-efiling parties in this action.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(San Francisco)

| | |
|---|---|
| MEAGAN BUCKHOLTZ, Personally, | No. C09-06037 SI |
| Plaintiff, | **SUPPLEMENTAL CASE MANAGEMENT STATEMENT AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| v. | |
| SANTA CLARA COUNTY, et al. | Date: May 6, 2011 |
| Defendants. | Time: 3:00 p.m. |
| | Dept.: Crtrm 10, 19th Floor |
| | Judge: Judge Susan Illston |

Pursuant to Civil L.R. 16-10(d), the parties to the above-entitled action certify that they met and conferred prior to the subsequent case management conference scheduled in this case and jointly submit this Supplemental Case Management Statement and Proposed Order Continuing Case Management Conference and request the Court to adopt it as a Supplemental Case Management Order in this case.

//

MIGUEL MÁRQUEZ
County Counsel
County of Santa Clara
San Jose, California

Supplemental Case Management
Statement and [Proposed] Order        -1-                C09-06037 SI

DESCRIPTION OF SUBSEQUENT CASE DEVELOPMENTS

The following progress or changes have occurred since the last case management statement filed by the parties, and necessitate a further continuance of the currently scheduled conference:

1. This Court continued the prior Case Management Conference because there were delays in the Santa Clara County Superior Court's release of Plaintiff's Child Dependency records pursuant to Defendants' Welfare & Institutions Code §827 petition.

On or about January 24, 2011, the Superior Court did release some, but not all, categories of the requested records. As a result, Defendants were required to submit a second Welfare & Institutions Code §827 petition for the missing records on or about February 11, 2011.

Earlier this week, counsel for Defendants learned from the Superior Court that the records responsive to the second petition will not be ready for release for another three to four weeks.

The parties respectfully request that the Subsequent Case Management Conference be continued approximately 90 days for the following reasons:

   A. Plaintiff's Child Dependency records are necessary for Defendants to prepare for the deposition of Plaintiff and to then present, and for Plaintiff to oppose, a summary judgment motion;

   B. The parties will require time to review and analyze the second set of released Child Dependency records to determine if they are fully responsive to the Welfare & Institutions Code §827 petition, or whether a further petition will be needed.

//
//
//
//
//
//
//

MIGUEL MÁRQUEZ
County Counsel
County of Santa Clara
San Jose, California

Supplemental Case Management
Statement and [Proposed] Order   -2-   C09-06037 SI

1   2.   The parties jointly request the Court to make the following Supplemental Case

2   Management Order:

3   The subsequent case management conference scheduled for 3:00 pm on May 6, 2011, in

4   Courtroom 10 be continued to 3:00 pm on August 5, 2011, in Courtroom 10.

5   I hereby attest that I have on file the holograph signature indicated by a "conformed"

6   signature (/S/) within this e-filed document.

7   Dated:   April 28, 2011

   Respectfully submitted,
   MIGUEL MÁRQUEZ
8  County Counsel

9   By:   _____/S/_____
   MARK F. BERNAL
10   Deputy County Counsel

11   Attorneys for Defendant
   COUNTY OF SANTA CLARA,
12   SUSAN WARE, KAREN HEGGIE,
   DONALD GAGE, LIZ KNISS,
13   MICHAEL ROSSI, FRAN ALLEN,
   JONATHAN WEINBERG, WILL
14   LIGHTBOURNE, KATHLEEN MILES,
   IZI CHAN, PATRICIA GEISICK (ALSO
15   SUED ERRONEOUSLY HEREIN AS
   "SANTA CLARA COUNTY DEPARTMENT
16   OF SOCIAL SERVICES" AND
   "DEPARTMENT OF FAMILIES AND
17   CHILDREN SERVICES AGENCY")

18

19   Dated: April 28, 2011    By:   _____/S/_____
   MEAGAN BUCKHOLTZ
20   Plaintiff in Pro Se

21   [Proposed]
   **ORDER**

22

23   The subsequent case management conference scheduled for 3:00 pm on May 6, 2011, in

24   Courtroom 10 is continued to 3:00 pm on August 3, 2011, in Courtroom 10.

25   IT IS SO ORDERED.

26

27   Dated:   5/2/11   _____/s/ Susan Illston_____
   Honorable Susan Illston
28   United States District Court Judge

MIGUEL MÁRQUEZ
County Counsel
County of Santa Clara
San Jose, California

Supplemental Case Management
Statement and [Proposed] Order        -3-                    C09-06037 SI