IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEAGAN M. BUCKHOLTZ, | No. C 09-6037 SI |
| Plaintiff, | **ORDER DIRECTING U.S. MARSHAL TO ATTEMPT SERVICE ON CERTAIN DEFENDANTS** |
| v. | |
| SANTA CLARA COUNTY, *et al.*, | |
| Defendants. / | |

*Pro se* plaintiff Meagan Buckholtz is proceeding *in forma pauperis*. Plaintiff filed a letter requesting assistance with serving four defendants. Docket No. 45. The Court directs the U.S. Marshal to attempt service on these individuals at the addresses listed in plaintiff's letter. This order resolves Docket No. 45.

**IT IS SO ORDERED.**

Dated: May 18, 2011

SUSAN ILLSTON
United States District Judge