MIGUEL MÁRQUEZ, County Counsel (S.B. #184621)
MARK F. BERNAL, Deputy County Counsel (S.B. #173923)
OFFICE OF THE COUNTY COUNSEL
70 West Hedding, East Wing, 9th Floor
San Jose, California 95110-1770
Telephone: (408) 299-5900
Facsimile: (408) 292-7240

Attorneys for Defendants
COUNTY OF SANTA CLARA (ALSO SUED ERRONEOUSLY HEREIN AS "SANTA CLARA COUNTY DEPARTMENT OF SOCIAL SERVICES" AND "DEPARTMENT OF FAMILIES AND CHILDREN SERVICES AGENCY"), SUSAN WARE, KAREN HEGGIE, DONALD GAGE, LIZ KNISS, MICHAEL ROSSI, FRAN ALLEN, JONATHAN WEINBERG, WILL LIGHTBOURNE, KATHLEEN MILES, IZI CHAN, PATRICIA GEISICK, KEN BORELLI, AND JEAN PLATNER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(San Francisco)

| | |
|---|---|
| MEAGAN BUCKHOLTZ, Personally,<br><br>Plaintiff,<br><br>v.<br><br>SANTA CLARA COUNTY, et al.<br><br>Defendants. | No. C09-06037 SI<br><br>**SUPPLEMENTAL CASE MANAGEMENT STATEMENT AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>Date: August 5, 2011<br>Time: 3:00 p.m.<br>Dept.: Crtrm 10, 19th Floor<br>Judge: Judge Susan Illston |

Pursuant to Civil L.R. 16-10(d), the Parties in the above-entitled action certify that they did meet and confer prior to the subsequent case management conference scheduled in this case. The Parties jointly submit this Supplemental Case Management Statement and Proposed Order **Continuing Case Management Conference** and request the Court to adopt it as a Supplemental Case Management Order in this case.

//

MIGUEL MÁRQUEZ
County Counsel
County of Santa Clara
San Jose, California

Supplemental Case Management
Statement and [Proposed] Order         -1-         C09-06037 SI

DESCRIPTION OF SUBSEQUENT CASE DEVELOPMENTS

The following progress or changes have occurred since the last case management statement filed by the parties, and necessitate a further continuance of the currently scheduled conference:

1. This Court continued the prior Case Management Conferences because there were delays in the Santa Clara County Superior Court's release of Plaintiff's Child Dependency records pursuant to multiple Welfare & Institutions Code §827 petitions.

The Superior Court's first §827 production was incomplete, resulting in a subsequent §827 petition for the missing records. The Superior Court's subsequent production included even more records than the first production. The County provided Plaintiff with copies of those records on August 3, 2011. To date, the Superior Court has produced more than 1,200 pages of confidential records, which the County and *pre se* Plaintiff must now fully review prior to deposing Plaintiff and preparing summary judgment filings.

The Parties respectfully request that the Subsequent Case Management Conference be continued approximately 90 days for the following reasons:

A. Plaintiff's Child Dependency records are necessary for Defendants to prepare for the deposition of Plaintiff and to then present, and for Plaintiff to oppose, a summary judgment motion;

B. The Parties will require time to review and analyze the full set of released Child Dependency records to determine if they are fully responsive to the Welfare & Institutions Code §827 petitions, or whether a further petition will be needed;

C. The Parties are actively engaging in the meet and confer process to schedule Plaintiff's deposition so as not to interfere with her work and soon to be determined class schedule.

2. Plaintiff served two additional Defendants, Ken Borelli and Jean Platner, who appeared in this action on July 15, 2011.

//

MIGUEL MÁRQUEZ
County Counsel
County of Santa Clara
San Jose, California

Supplemental Case Management
Statement and [Proposed] Order         -2-                    C09-06037 SI

3. The Parties respectfully request the Court to make the following Supplemental Case Management Order:

The subsequent case management conference scheduled for 3:00 pm on August 5, 2011, in Courtroom 10 be continued to 3:00 pm on November 4, 2011, in Courtroom 10.

Dated: August 3, 2011

Respectfully submitted,

MIGUEL MÁRQUEZ
County Counsel

By: _____/S/_____
MARK F. BERNAL
Deputy County Counsel

Attorneys for Defendant
COUNTY OF SANTA CLARA (ALSO SUED ERRONEOUSLY HEREIN AS "SANTA CLARA COUNTY DEPARTMENT OF SOCIAL SERVICES" AND "DEPARTMENT OF FAMILIES AND CHILDREN SERVICES AGENCY"), SUSAN WARE, KAREN HEGGIE, DONALD GAGE, LIZ KNISS, MICHAEL ROSSI, FRAN ALLEN, JONATHAN WEINBERG, WILL LIGHTBOURNE, KATHLEEN MILES, IZI CHAN, PATRICIA GEISICK, KEN BORELLI, AND JEAN PLATNER

Dated: August 3, 2011

By: /s/ Meagan Buckholtz
MEAGAN BUCKHOLTZ
Pro Se Plaintiff

[PROPOSED]
ORDER

The subsequent case management conference scheduled for 3:00 pm on August 5, 2011, in Courtroom 10 is continued to 3:00 pm on November 4, 2011, in Courtroom 10.

IT IS SO ORDERED.

Dated: 8/5/11

/s/ Susan Illston
Honorable Susan Illston
United States District Court Judge

MIGUEL MÁRQUEZ
County Counsel
County of Santa Clara
San Jose, California

Supplemental Case Management
Statement and [Proposed] Order         -3-                C09-06037 SI