1 MIGUEL MÁRQUEZ, County Counsel (S.B. #184621)
MARK F. BERNAL, Deputy County Counsel (S.B. #173923)
2 OFFICE OF THE COUNTY COUNSEL
70 West Hedding, East Wing, 9th Floor
3 San Jose, California 95110-1770
Telephone: (408) 299-5900
4 Facsimile: (408) 292-7240

5 Attorneys for Defendants
COUNTY OF SANTA CLARA (ALSO
6 SUED ERRONEOUSLY HEREIN AS
"SANTA CLARA COUNTY
7 DEPARTMENT OF SOCIAL
SERVICES" AND "DEPARTMENT OF
8 FAMILIES AND CHILDREN SERVICES
AGENCY"), SUSAN WARE, KAREN
9 HEGGIE, DONALD GAGE, LIZ KNISS,
MICHAEL ROSSI, FRAN ALLEN,
10 JONATHAN WEINBERG, WILL
LIGHTBOURNE, KATHLEEN MILES,
11 IZI CHAN, PATRICIA GEISICK, KEN
BORELLI, AND JEAN PLATNER

12

13              UNITED STATES DISTRICT COURT

14            NORTHERN DISTRICT OF CALIFORNIA
                      (San Francisco)

15

16

17 MEAGAN BUCKHOLTZ, Personally,    )   No. C09-06037 SI
                                   )
18        Plaintiff,               )   **SUPPLEMENTAL CASE MANAGEMENT**
                                   )   **STATEMENT AND [PROPOSED] ORDER**
19 v.                              )   **CONTINUING CASE MANAGEMENT**
                                   )   **CONFERENCE**
20 SANTA CLARA COUNTY, et al.      )
                                   )   Date:  November 4, 2011
21        Defendants.              )   Time:  3:00 p.m.
                                   )   Dept.: Crtrm 10, 19th Floor
22 _____  )   Judge: Judge Susan Illston

23       Pursuant to Civil L.R. 16-10(d), the Parties in the above-entitled action certify that they

24 did meet and confer prior to the subsequent case management conference scheduled in this case.

25 The Parties jointly submit this Supplemental Case Management Statement and Proposed Order

26 **Continuing Case Management Conference** and request the Court to adopt it as a

27 Supplemental Case Management Order in this case.

28 //

MIGUEL MÁRQUEZ
County Counsel
County of Santa Clara
San Jose, California

Supplemental Case Management
Statement and [Proposed] Order          -1-                    C09-06037 SI

DESCRIPTION OF SUBSEQUENT CASE DEVELOPMENTS

The following progress or changes have occurred since the last case management statement filed by the parties, and necessitate a further continuance of the currently scheduled conference:

1.     This Court continued the prior Case Management Conferences because there were delays in the Santa Clara County Superior Court's release of Plaintiff's Child Dependency records pursuant to multiple Welfare & Institutions Code §827 petitions.  Once those records were produced, the Court continued the case management conference to allow the parties time to review those voluminous records, depose Plaintiff, and complete summary judgment briefing.

2.     *Pro Se* Plaintiff's school and work schedules limited her availability for deposition. On October 3, 2011, the County noticed Plaintiff's deposition for October 28, 2011.  On October 25, 2011, Plaintiff informed the County that she retained an attorney to represent her for purposes of the deposition *only* who was not available on October 28, 2011.  As a result of further meet and confer efforts and accommodations to the new attorney's trial schedule, the County agreed to re-notice the deposition for  November 22, 2011.  This will delay summary judgment efforts and  realistically places the completion of briefing into early 2012.

3.     The Parties respectfully request that the Subsequent Case Management Conference be continued approximately 90 days to allow the parties to complete Plaintiff's deposition and brief the summary judgment motion.  It is anticipated that the briefing can be completed within that time period.

The Parties respectfully request the Court to make the following Supplemental Case Management Order:

//

//

//

//

//

//

MIGUEL MÁRQUEZ
County Counsel
County of Santa Clara
San Jose, California

Supplemental Case Management
Statement and [Proposed] Order            -2-                                    C09-06037 SI

1   The subsequent case management conference scheduled for 3:00 pm on November 4,

2 2011, in Courtroom 10 be continued to 3:00 pm on February 3, 2012, in Courtroom 10.

3   I hereby attest that I have on file the holograph signature indicated by a "conformed"

4 signature (/S/) within this e-filed document.

5 Dated: October 28, 2011      Respectfully submitted,

6               MIGUEL MÁRQUEZ
                County Counsel

7

8           By:    /S/
              MARK F. BERNAL

9              Deputy County Counsel

10             Attorneys for Defendant
              COUNTY OF SANTA CLARA (ALSO

11             SUED ERRONEOUSLY HEREIN AS
              "SANTA CLARA COUNTY

12             DEPARTMENT OF SOCIAL SERVICES"
              AND "DEPARTMENT OF FAMILIES

13             AND CHILDREN SERVICES
              AGENCY"), SUSAN WARE, KAREN

14             HEGGIE, DONALD GAGE, LIZ KNISS,
              MICHAEL ROSSI, FRAN ALLEN,

15             JONATHAN WEINBERG, WILL
              LIGHTBOURNE, KATHLEEN MILES,

16             IZI CHAN, PATRICIA GEISICK, KEN
              BORELLI, AND JEAN PLATNER

17

18 Dated: October 28, 2011   By:    /S/
              MEAGAN BUCKHOLTZ

19              Pro Se Plaintiff

20

21          **[PROPOSED] ORDER**

22   The subsequent case management conference scheduled for 3:00 pm on November 4,

23 2011, in Courtroom 10 is continued to 3:00 pm on February 3, 2012, in Courtroom 10.

24 IT IS SO ORDERED.

25

26 Dated: 10/31/11

27             Honorable Susan Illston
              United States District Court Judge

28

MIGUEL MÁRQUEZ
County Counsel
County of Santa Clara
San Jose, California

Supplemental Case Management
Statement and [Proposed] Order   -3-   C09-06037 SI